IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBY ALAN BEASLEY, | No. C 12-01640 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITH LEAVE TO AMEND |
| vs. | |
| LAKE COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

Plaintiff, a prisoner at the Lake County Correctional Facility in Lakeport, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against county officials for unconstitutional acts. Plaintiff's motion for leave to proceed in forma pauperis will be granted in a separate written order.

**DISCUSSION**

**A.     Standard of Review**

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a

claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

**B.    Plaintiff's Claims**

Plaintiff alleges that the court imposed excessive bail when it raised bail from $15,000 to $1,000,000. Plaintiff also claims that when he refused to give a blood sample, officers held him down and forced a blood draw without probable cause. Liberally construed, Plaintiff's claims are cognizable under § 1983 as a violation of the Eighth and Fourth Amendments. However, the claims are deficient because Plaintiff fails to identify the individual defendants who committed the alleged violations. Plaintiff shall be granted leave to file an amended complaint to attempt to correct this deficiency.

Plaintiff is advised that to state a claim under 42 U.S.C. § 1983, he must allege that a person acting under the color of state law committed a violation of a right secured by the Constitution or laws of the United States. West v. Atkins, 487 U.S. 42, 48 (1988). Plaintiff must identify defendants by name and state how each individual defendant violated a specific federal right.

**CONCLUSION**

For the foregoing reasons, the Court orders as follows:

The complaint is DISMISSED with leave to amend. Within **thirty (30) days** of the date this order is filed, Plaintiff shall file an amended complaint. The amended complaint must include the caption and civil case number used in this order and the words "AMENDED COMPLAINT" on the first page and write in the case number for this

1  action, Case No. C 12-01640 EJD (PR).  If using the court form complaint, Plaintiff must
2  answer all the questions on the form in order for the action to proceed.
3  **Failure to respond in accordance with this order by filing an amended**
4  **complaint will result in the dismissal of this action without prejudice and without**
5  **further notice to Plaintiff.**
6  The Clerk shall include two copies of the court's complaint with a copy of this
7  order to plaintiff.

9  DATED: 7/10/2012

   EDWARD J. DAVILA
10 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBBY ALAN BEASLEY,

        Plaintiff,

v.

LAKE COUNTY SHERIFFS OFFICE, et al.,

        Defendants.

Case Number: CV12-01640 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/10/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robby Alan Beasley 66842
Lake County Correctional Facility
4913 Helbush Drive
Lakeport, CA 95453

Dated: 7/10/2012

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk