UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBBY ALAN BEASLEY,

    Plaintiff,

v.

LYLE THOMAS, et al.,

    Defendants.

Case No. 12-cv-01640-WHO (PR)

**ORDER OF DISMISSAL**

The Court dismissed plaintiff Robby Beasley's second amended complaint with leave to file a third amended complaint on or before October 1, 2014. Beasley has failed to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Beasley may move to reopen the action. Any such motion must contain an amended complaint that complies with the Court's instructions as set forth in the order dismissing the former complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 9, 2014



WILLIAM H. ORRICK
United States District Judge